No. 02–11204. BAER v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–11205. HAMRICK v. DAY, KETTERER, RALEY, WRIGHT & RYBOLT LTD. Ct. App. Ohio, Stark County. Certiorari denied.

No. 02–11206. YNIRIO v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–11207. VERDUZCO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–11208. MONTELONGO-PERRET v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11209. MULLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11210. OWENS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–11211. MCQUEEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–11212. DIAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11213. DIECKMANN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11214. CANTU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11215. CHAVEZ v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 02–11216. CARDENAS-LOPEZ, AKA HUERTA-DELGADO v. UNITED STATES; FLORES-SOLANO v. UNITED STATES; HERNANDEZ-GARCIA v. UNITED STATES; LUNAR-CASTILLO v. UNITED STATES; and MENDOZA-DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.